Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of California**

Case number (if known): ______________ Chapter **11**

❑ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

Buttercup Bodywear Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

SheBird

**3. Debtor's federal Employer Identification Number (EIN)**

32 – 8399884

**4. Debtor's address**

**Principal place of business**

7514 Camino Minero
Number Street

Carlsbad, CA 92009-8722
City State ZIP Code

San Diego
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

505 Main St
Number Street

Chula Vista, CA 91911-6059
City State ZIP Code

**5. Debtor's website (URL)**

www.shebirdshop.com, www.shebird.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: ______________

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ____
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4 4 8 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____ When ____ (MM / DD / YYYY) Case number ____
  District ____ When ____ (MM / DD / YYYY) Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____ Relationship ____
  District ____ When ____ (MM / DD / YYYY)
  Case number, if known ____

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ____
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number Street

____

____ ____ ____
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | |
| ☐ 25,001-50,000 | ☐ 50,000-100,000 | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)*

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/01/2026**
MM/ DD/ YYYY

X **/s/ Sheila Attari**
Signature of authorized representative of debtor

**Sheila Attari**
Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Donald Reid**
Signature of attorney for debtor

Date **03/01/2026**
MM/ DD/ YYYY

**Donald Reid**
Printed name

**Law Office of Donald W. Reid**
Firm name

**770 1st Ave Ste 250**
Number Street

**San Diego** **CA** **92101-6170**
City State ZIP Code

**(619) 880-6100**
Contact phone

**don@donreidlaw.com**
Email address

**281743** **CA**
Bar number State

Fill in this information to identify the case:

Debtor Name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern** District of **California** (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Chase | Checking account | 0 3 1 2 | $0.00 |
| 3.2. Chase | Checking account | 8 3 3 8 | $0.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$0.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 **Ready Spaces (Warehouse Space)** **$5,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ______

8.2 ______

9. **Total of Part 2** **$5,000.00**

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$22,241.00** | - | **unknown** | =.....➔ | **$22,241.00** |
| 11b. Over 90 days old: | | - | | =.....➔ | |

12. **Total of Part 3** **$22,241.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

❑ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 ______

14.2 ______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______

15.2. ______

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ______
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ______

16.2 ______

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. ______

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

❑ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | Fabric | 01/31/2025 MM / DD / YYYY | $6,900.00 | Cost | $6,900.00 |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Finished goods | 01/31/2025 MM / DD / YYYY | $299,000.00 | Cost | $299,000.00 |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. **$305,900.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No
❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
❑ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
❑ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. | **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ____________ Valuation method ____________ Current value ____________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2021 Mercedes-Benz GLE 350** | **unknown** | | **$33,350.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1 | | | |

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.
**$33,350.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Warehouse / 505 Main St Chula Vista, CA 91911** | **Leasehold** | **unknown** | | **unknown** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ____________
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

❑ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| SheBird trademark | unknown | | unknown |
| **61. Internet domain names and websites** | | | |
| www.shebird.com, www.shebirdshop.com | unknown | | unknown |
| **62. Licenses, franchises, and royalties** | | | |
| | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | | unknown |
| **64. Other intangibles, or intellectual property** | | | |
| | | | |
| **65. Goodwill** | | | |
| | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. ____________

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

____ ____ – ____ = ➔ ____
Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Unused net operated losses** Tax year ____ **unknown**

73. **Interests in insurance policies or annuities**

____ ____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

____ ____

**Nature of claim** ____

**Amount requested** ____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

____ ____

**Nature of claim** ____

**Amount requested** ____

76. **Trusts, equitable or future interests in property**

____ ____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

____ ____

____ ____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. ____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $22,241.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $305,900.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,350.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9.* ........................................ ➔ | | | unknown |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + unknown | | |
| 91. | **Total.** *Add lines 80 through 90 for each column*............................91a. | $366,491.00 | + 91b. | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................ | | | $366,491.00 |

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern** District of **California** (State)

Case number (if known): ____________________

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 | $88,371.00 | $299,000.00 |

**2.1 Creditor's name**
**Rapid Finance**

**Creditor's mailing address**
**4500 East West Hwy 6th Floor**
**Bethesda, MD 20814-3327**

**Creditor's email address, if known**

**Date debt was incurred** 11/8/23

**Last 4 digits of account number** 6 5 6 3

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

1) Samson MCA LLC; 2) Samson MCA LLC; **3) Rapid Finance**

**Describe debtor's property that is subject to a lien**
Finished goods

**Describe the lien**
**UCC Lien (U260002935621)**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$173,755.23**

Debtor **Buttercup Bodywear Inc.**
Name

Case number (if known)

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.2 Creditor's name**
**Samson MCA LLC**

**Creditor's mailing address**
**17 State St Ste 630**
**New York, NY 10004-1749**

**Creditor's email address, if known**

**Date debt was incurred** **5/2/25**

**Last 4 digits of account number** **1 4 8 5**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Finished goods

**Describe the lien**
**UCC Lien (U250132051218)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$34,240.23**
Column B: **$299,000.00**

Debtor **Buttercup Bodywear Inc.**
Name

Case number (if known) ______

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.3 Creditor's name** Samson MCA LLC | **Describe debtor's property that is subject to a lien** Finished goods | $51,144.00 | $299,000.00 |

**Creditor's mailing address**
17 State St Ste 630
New York, NY 10004-1749

**Creditor's email address, if known**

**Date debt was incurred** 6/3/2025

**Last 4 digits of account number** 1 5 7 1

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe the lien**
UCC Lien (U250132051218)

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: **Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280947, Harrisburg, PA 17128** | **$1,942.80** | **$1,942.80** |
| **2.2** Priority creditor's name and mailing address: **Arizona Department of Revenue, Bankruptcy Section, PO Box 29010, Phoenix, AZ 85038** | **$2,585.68** | **$2,585.68** |

**2.1 Priority creditor's name and mailing address**

**Pennsylvania Department of Revenue**
**Bureau of Compliance**
**PO Box 280947**
**Harrisburg, PA 17128**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the Claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**2.2 Priority creditor's name and mailing address**

**Arizona Department of Revenue**
**Bankruptcy Section**
**PO Box 29010**
**Phoenix, AZ 85038**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the Claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)*

**Part 1:** Additional Page

**2.3** **Priority creditor's name and mailing address**
**California Department of Tax and Fee**
**Po Box 942879**
**Sacramento, CA 94279-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$10,567.84** **$10,567.84**

**2.4** **Priority creditor's name and mailing address**
**Colorado Department of Revenue**
**Attn: Bankruptcy**
**PO Box 17087**
**Denver, CO 80217**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,902.24** **$1,902.24**

**2.5** **Priority creditor's name and mailing address**
**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$7,919.81** **$7,919.81**

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)*

**Part 1:** Additional Page

**2.6** **Priority creditor's name and mailing address**
**Georgia Department of Revenue**
**Compliance Division**
**2595 Century Pkwy NE Suite 331**
**Atlanta, GA 30345**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,577.60** **$1,577.60**

**2.7** **Priority creditor's name and mailing address**
**Illinois Department of Revenue**
**PO Box 19013**
**Springfield, IL 62794**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,366.00** **$3,366.00**

**2.8** **Priority creditor's name and mailing address**
**Massachusetts Department of Revenue**
**P.O. Box 7090**
**Boston, MA 02204**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,925.28** **$1,925.28**

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)*

**Part 1:** Additional Page

**2.9** **Priority creditor's name and mailing address**
**Michigan Department of Treasury**
**Collection/Bankruptcy Unit**
**P.O. Box 30168**
**Lansing, MI 48909**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,348.54** **$2,348.54**

**2.10** **Priority creditor's name and mailing address**
**Minnesota Department of Revenue**
**Bankruptcy Unit**
**Mail Station 4100**
**Saint Paul, MN 55146**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,193.85** **$2,193.85**

**2.11** **Priority creditor's name and mailing address**
**NJ Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way, 5th Floor PO Box 245**
**Trenton, NJ 08695**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,176.42** **$2,176.42**

Debtor **Buttercup Bodywear Inc.** Case number (*if known*)
Name

## Part 1: Additional Page

**2.12** **Priority creditor's name and mailing address**
**North Carolina Department of Revenue**
**Debt Collection Section - Bankruptcy**
**P.O. Box 1168**
**Raleigh, NC 27602**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,307.02** **$2,307.02**

**2.13** **Priority creditor's name and mailing address**
**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**P.O. Box 530**
**Columbus, OH 43216**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,103.75** **$2,103.75**

**2.14** **Priority creditor's name and mailing address**
**Virginia Department of Taxation**
**Office of Customer Services - Bankruptcy**
**P.O. Box 1115**
**Richmond, VA 23218**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,839.08** **$1,839.08**

Debtor **Buttercup Bodywear Inc.** Case number *(if known)*
Name

**Part 1:** Additional Page

**2.15** **Priority creditor's name and mailing address**

**Washington State Department of Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave Suite 1400**
**Seattle, WA 98121**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**$3,638.07** **$3,638.07**

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ______
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Bayfirst National Bank
700 Central Ave
St Petersburg, FL 33701-3631

**Date or dates debt was incurred** 4/29/24
**Last 4 digits of account number** 9 1 0 9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SBA loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**$134,968.00**

**3.2 Nonpriority creditor's name and mailing address**
Brad & Lisa Nelson
4137 Via Mar Del Finas
San Diego, CA 92130

**Date or dates debt was incurred** 11/24/2023
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$50,000.00**

**3.3 Nonpriority creditor's name and mailing address**
Chase Card Services
201 N Walnut St De1-0153
Wilmington, DE 19801-2901

**Date or dates debt was incurred** 2025
**Last 4 digits of account number** 5 3 9 6

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Purchases

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,289.00**

**3.4 Nonpriority creditor's name and mailing address**
Jared Quient
3422 Palm Street
San Diego, CA 92104

**Date or dates debt was incurred** 10/18/2020
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$26,000.00**

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)* ____________

**Part 2:** Additional Page

**3.5 Nonpriority creditor's name and mailing address**
Maria Grosso Ledford
17310 Calle Mayor
Oceanside, CA 92057

**Date or dates debt was incurred** 10/18/2020

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$52,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Converitble note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Ouiby Inc dba Kickfurther
215 Spruce Street Ste. 200
Boulder, CO 80302

**Date or dates debt was incurred** 1/25, 3/25, 6/25

**Last 4 digits of account number** 7 8 6 6

**As of the petition filing date, the claim is:** **$184,378.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Consignment Agreement

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
Pooneh Mohajer-Shojaee
1840 Bulter Avenue 1 Unit 101
Los Angeles, CA 90025

**Date or dates debt was incurred** 8/15/2020

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$78,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Convertible note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
Pooneh Mohajer-Shojaee
1840 Bulter Avenue 1 Unit 101
Los Angeles, CA 90025

**Date or dates debt was incurred** 11/16/2020

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$26,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Convertible note

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ______
Name

## Part 2: Additional Page

**3.9 Nonpriority creditor's name and mailing address**

**Rene Murillo**
**249 W Fernfield Dr**
**Monterey Park, CA 91754-7103**

**Date or dates debt was incurred** 1/2/2025

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$177,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory note

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

**Shopify Capital**
**100 Shockoe Slip Fl 2**
**Richmond, VA 23219-4100**

**Date or dates debt was incurred** 7/27/25

**Last 4 digits of account number** n __ # 7

**As of the petition filing date, the claim is:** **$141,034.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

**Shopify Inc.**
**131 Greene St**
**New York, NY 10012-3220**

**Date or dates debt was incurred** 9/25-11/25

**Last 4 digits of account number** 6 4 4 2

**As of the petition filing date, the claim is:** **$128,760.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12 Nonpriority creditor's name and mailing address**

**Susan Mecklenburg**
**423 Concord St**
**El Segundo, CA 90245-3723**

**Date or dates debt was incurred** 1/2/23

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$103,918.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory note

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)* ______

**Part 2:** Additional Page

**3.13 Nonpriority creditor's name and mailing address**

Timothy Gaughan
TG Media
328 Paseo De La Playa Apt D
Redondo Beach, CA 90277-6253

**Date or dates debt was incurred** 6/2025

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $20,559.65

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Services

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Trent MacLean
1838 Westholme Ave. #2031
Los Angeles, CA 90025

**Date or dates debt was incurred** 1/29/2021

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $37,627.40

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible note

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

WebBank/Paypal Working Capital
2211 N 1st St
San Jose, CA 95131-2021

**Date or dates debt was incurred** 10/4/25

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $38,699.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured loan

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Xiamen Feeling Textile & Garment Co.
No. 16 KIngmei Road
Xinglin, Jimei
Xiamen, Fujian CHINA 361022,

**Date or dates debt was incurred** 2024-2025

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** $280,000.00

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Manufacturer

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Buttercup Bodywear Inc.**
Name

Case number *(if known)* ______

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Evan Selik, Esq.**<br>**McCathern, Shokouhi, Evans**<br>**233 Wilshire Blvd. 720**<br>**Santa Monica, CA 90401** | Line **3.12**<br>❑ Not listed. Explain ______ | ___ ___ ___ ___ |
| 4.2 | **Paypal Working Capital**<br>**Attn: Executive Escalation**<br>**P.O. Box 45950**<br>**Omaha, NE 68145** | Line **3.15**<br>❑ Not listed. Explain ______ | ___ ___ ___ ___ |

Debtor **Buttercup Bodywear Inc.** Case number *(if known)*
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$48,393.98** |
| 5b. **Total claims from Part 2** | 5b. | + | **$1,491,233.05** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,539,627.03** |

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern** District of **California** (State)

Case number (If known): ______ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract to be ASSUMED | ReadySpaces CHV LLC<br>505 Main St.<br>Chula Vista, CA 91911 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern** District of **California** (State)

Case number (If known): ______

❑ Check if this is an amended filing

# Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Attari, Sheila** | **7514 Camino Minero** (Street) **Carlsbad, CA 92009-8722** (City, State, ZIP Code) | **Rapid Finance** | ☑ D ❑ E/F ❑ G |
| | | | **Samson MCA LLC** | ☑ D ❑ E/F ❑ G |
| | | | **Samson MCA LLC** | ☑ D ❑ E/F ❑ G |
| | | | **Bayfirst National Bank** | ❑ D ☑ E/F ❑ G |
| 2.2 | **Sheila Attari** | **7514 Camino Minero** (Street) **Carlsbad, CA 92009-8722** (City, State, ZIP Code) | **Rapid Finance** | ☑ D ❑ E/F ❑ G |
| | | | **Samson MCA LLC** | ☑ D ❑ E/F ❑ G |
| | | | **Samson MCA LLC** | ☑ D ❑ E/F ❑ G |
| | | | **Bayfirst National Bank** | ❑ D ☑ E/F ❑ G |

Debtor **Buttercup Bodywear Inc.** Case number (if known) ______
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known): ____________ Chapter **11**

❑ Check if this is an amended filing

# Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.......... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......... **$366,491.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......... **$366,491.00**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.......... **$173,755.23**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... **$48,393.98**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... **+ $1,491,233.05**

4. **Total liabilities**.......... **$1,713,382.26**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>❑ Other ______ | **$400,684.00** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other ______ | **$3,383,323.00** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other ______ | **$4,076,710.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fundation Group LLC** (Creditor's name)<br>**11501 Sunset Hills Road Ste. 400** (Street)<br>**Reston, VA 20190** (City State ZIP Code) | | **$10,683.90** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | **Ouiby Inc dba Kickfurther** (Creditor's name)<br>**215 Spruce Street Ste. 200** (Street)<br>**Boulder, CO 80302** (City State ZIP Code) | | **$14,000.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. | **AppLovin Corporation** (Creditor's name)<br>**1100 Page Mill Road** (Street)<br>**Palo Alto, CA 94304** (City State ZIP Code) | | **$8,676.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.4. | **Bread Loaf** (Creditor's name)<br>**17234 Figueroa** (Street)<br>**Gardena, CA 90248** (City State ZIP Code) | | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.5. | **Meta Platforms, Inc.** (Creditor's name)<br>**1 Hacker Way** (Street)<br>**Menlo Park, CA 94025** (City State ZIP Code) | | **$86,743.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

3.6. **Google** — **$25,204.54**
Creditor's name
**1600 Amphitheatre Parkway**
Street
**Mountain View, CA 94043**
City State ZIP Code

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

3.7. **Klaviyo** — **$11,315.00**
Creditor's name
**125 Summer Street Floor 6**
Street
**Boston, MA 02111**
City State ZIP Code

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

3.8. **Paypal** — **$15,601.27**
Creditor's name
**2211 North First Street**
Street
**San Jose, CA 95131**
City State ZIP Code

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

3.9. **ReadySpaces CHV LLC** — **$10,581.72**
Creditor's name
**505 Main St.**
Street
**Chula Vista, CA 91911**
City State ZIP Code

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ❑ Services
- ☑ Other **Warehouse Lease**

3.10. **Rippling** — **$50,943.69**
Creditor's name
**430 California Street 11th Floor**
Street
**San Francisco, CA 94104**
City State ZIP Code

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

3.11. **Samson MCA LLC** — **$30,400.13**
Creditor's name
**17 State St Ste 630**
Street
**New York, NY 10004-1749**
City State ZIP Code

- ❑ Secured debt
- ☑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ❑ Services
- ❑ Other

3.12. **Shopify Inc.** — **$10,780.76**
Creditor's name
**131 Greene St**
Street
**New York, NY 10012-3220**
City State ZIP Code

- ❑ Secured debt
- ❑ Unsecured loan repayments
- ❑ Suppliers or vendors
- ☑ Services
- ❑ Other

3.13. **Shopify Capital** — Creditor's name
**100 Shockoe Slip Fl 2** — Street
**Richmond, VA 23219-4100** — City, State, ZIP Code
**$73,030.44**
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

3.14. **Shopify Capital** — Creditor's name
**100 Shockoe Slip Fl 2** — Street
**Richmond, VA 23219-4100** — City, State, ZIP Code
**$38,463.36**
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

3.15. **Rapid Finance** — Creditor's name
**4500 East West Hwy # 6** — Street
**Bethesda, MD 20814-3327** — City, State, ZIP Code
**$15,600.00**
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

3.16. **Stamps.com** — Creditor's name
**1990 E. Grand Ave** — Street
**El Segundo, CA 90245** — City, State, ZIP Code
**$15,454.89**
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.17. **Vertical Apparel Group Inc.** — Creditor's name
**214 West 39th Street Suite 702** — Street
**New York, NY 10018** — City, State, ZIP Code
**$21,229.75**
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.18. **Zeni Inc.** — Creditor's name
**420 Florence Street Suite 300** — Street
**Palo Alto, CA 94301** — City, State, ZIP Code
**$12,221.06**
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Sheila Attari**<br>Creditor's name<br>**7514 Camino Minero**<br>Street<br><br>**Carlsbad, CA 92009-8722**<br>City State ZIP Code<br>**Relationship to debtor**<br>**CEO** | | **$86,504.62** | **In the past year, Ms. Attari has transferred to or paid Debtor's debts in the total amount of $331,058.28. In the past year, Debtor has transferred $86,504.62 to Ms. Attari.** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. <br>Creditor's name<br><br>Street<br><br><br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. <br>Creditor's name<br><br>Street<br><br><br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor **Buttercup Bodywear Inc.** Case number *(if known)*
Name

7.1.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | Name | ❑ Pending |
| Case number | | Street | ❑ On appeal |
| | | City State ZIP Code | ❑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| City State ZIP Code | Case number | Street |
| | Date of order or assignment | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Law Office of Donald W. Reid** | **Prepetition Retainer** | **01/28/2026** | **$5,000.00** |
| | **Prepetition Retainer** | **02/23/2026** | **$10,000.00** |
| | **Prepetition Ratiner** | **02/24/2026** | **$10,000.00** |

**Address**

**770 First Avenue, Suite 250**
Street

**San Diego, CA 92101**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Donald Reid**

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **McDaniel Management** | **Help dealing with MCA debt** | **6/2025** | **$2,000.00** |

**Address**

**1075 Peachtree St**
Street

**Atlanta, GA 30309**
City State ZIP Code

**Email or website address**

**alex@mcdanielmgmt.com**

**Who made the payment, if not debtor?**

**Sheila Attari**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | **939 Moonstone Ct** (Street)<br>**Encinitas, CA 92024-1833** (City State ZIP Code) | From **10/30/2021** To **12/9/2025** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1 Name / Street / City State ZIP Code — XXXX– _ _ _ _

☐ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | **ReadySpaces**<br>Name<br>**505 Main St**<br>Street<br>**Chula Vista, CA 91911**<br>City State ZIP Code | ~~None~~<br>Address | ~~Raw materials and finished goods~~ | ☐ No<br>☑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| **Case title** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | City State ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name<br>Street<br><br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ______ To ______ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Profitwise Accounting**<br>Name<br>**4660 La Jolla Village Dr. 100**<br>Street<br><br>**San Diego, CA 92120**<br>City State ZIP Code | From **2020** To **2026** |
| 26a.2. **Zeni Accounting**<br>Name<br>**420 Florence St Ste 300**<br>Street<br><br>**Palo Alto, CA 94301-1741**<br>City State ZIP Code | From **2025** To **2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Profitwise Accounting**<br>Name<br>**4660 La Jolla Village Dr Ste 100**<br>Street<br><br>**San Diego, CA 92122-4604**<br>City State ZIP Code | From **2020** To **2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Zeni Accounting** (Name)<br>**420 Florence St Ste 300** (Street)<br>**Palo Alto, CA 94301-1741** (City, State, ZIP Code) | |
| 26c.2. **Bob's Bookkeepers** (Name)<br>**www. bobsbookkeepers.com** (Street)<br>City, State, ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. Name<br>Street<br>City, State, ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Prisma Barera** | **1/15/2026** | **$266,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **Prisma Barera** (Name)<br>Street<br>City, State, ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Sheila Attari** | **7514 Camino Minero Carlsbad, CA 92009-8722** | **CEO, Common Shares** | **80.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name<br>Street<br><br>City State ZIP Code | | | |

| Relationship to debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __–_______ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __–_______ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/01/2026**
MM/ DD/ YYYY

✗ **/s/ Sheila Attari**
Signature of individual signing on behalf of the debtor

Printed name **Sheila Attari**

Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Buttercup Bodywear Inc.**

United States Bankruptcy Court for the: **Southern District of California**

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Xiamen Feeling Textile & Garment Co.<br>No. 16 KIngmei Road<br>Xinglin, Jimei<br>Xiamen, Fujian CHINA 361022, | | Manufacturer | Disputed | | | $280,000.00 |
| 2 | Ouiby Inc dba Kickfurther<br>215 Spruce Street Ste. 200<br>Boulder, CO 80302 | | Consignment Agreement | | | | $184,378.00 |
| 3 | Rene Murillo<br>249 W Fernfield Dr<br>Monterey Park, CA 91754-7103 | | Promissory note | | | | $177,000.00 |
| 4 | Shopify Capital<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219-4100 | | Unsecured Loan | | | | $141,034.00 |
| 5 | Bayfirst National Bank<br>700 Central Ave<br>St Petersburg, FL 33701-3631 | | SBA loan | | | | $134,968.00 |
| 6 | Shopify Inc.<br>131 Greene St<br>New York, NY 10012-3220 | | Unsecured loan | | | | $128,760.00 |
| 7 | Susan Mecklenburg<br>423 Concord St<br>El Segundo, CA 90245-3723 | | Promissory note | | | | $103,918.00 |
| 8 | Pooneh Mohajer-Shojaee<br>1840 Bulter Avenue 1 Unit 101<br>Los Angeles, CA 90025 | | Convertible note | | | | $78,000.00 |

Debtor **Buttercup Bodywear Inc.** Case number *(if known)* ____________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Maria Grosso Ledford<br>17310 Calle Mayor<br>Oceanside, CA 92057 | | Converitble note | | | | $52,000.00 |
| 10 | Brad & Lisa Nelson<br>4137 Via Mar Del Finas<br>San Diego, CA 92130 | | Convertible note | | | | $50,000.00 |
| 11 | WebBank/Paypal Working Capital<br>2211 N 1st St<br>San Jose, CA 95131-2021 | | Unsecured loan | | | | $38,699.00 |
| 12 | Trent MacLean<br>1838 Westholme Ave. #2031<br>Los Angeles, CA 90025 | | Convertible note | | | | $37,627.40 |
| 13 | Jared Quient<br>3422 Palm Street<br>San Diego, CA 92104 | | Convertible note | | | | $26,000.00 |
| 14 | Pooneh Mohajer-Shojaee<br>1840 Bulter Avenue 1 Unit 101<br>Los Angeles, CA 90025 | | Convertible note | | | | $26,000.00 |
| 15 | Timothy Gaughan<br>TG Media<br>328 Paseo De La Playa Apt D<br>Redondo Beach, CA 90277-6253 | | Marketing Services | | | | $20,559.65 |
| 16 | Chase Card Services<br>201 N Walnut St De1-0153<br>Wilmington, DE 19801-2901 | | Credit Card Purchases | | | | $12,289.00 |
| 17 | California Department of Tax and Fee<br>Po Box 942879<br>Sacramento, CA 94279-0001 | | | | | | $10,567.84 |
| 18 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314 | | | | | | $7,919.81 |
| 19 | Washington State Department of Revenue<br>Attn: Bankruptcy Unit<br>2101 4th Ave Suite 1400<br>Seattle, WA 98121 | | | | | | $3,638.07 |
| 20 | Illinois Department of Revenue<br>PO Box 19013<br>Springfield, IL 62794 | | | | | | $3,366.00 |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
Southern District of California

**In re** Buttercup Bodywear Inc.

Case No. ____________

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............ **$0.00**

   Prior to the filing of this statement I have received ............ **$0.00**

   Balance Due ............ **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**03/01/2026**
*Date*

**/s/ Donald Reid**
Donald Reid
*Signature of Attorney*

Bar Number: 281743
Law Office of Donald W. Reid
770 1st Ave Ste 250
San Diego, CA 92101-6170
Phone: (619) 880-6100

**Law Office of Donald W. Reid**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE: **Buttercup Bodywear Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **03/01/2026** Signature **/s/ Sheila Attari**

Sheila Attari, CEO

Pennsylvania Department of Revenue
Bureau of Compliance
PO Box 280947
Harrisburg, PA 17128

Arizona Department of Revenue
Bankruptcy Section
PO Box 29010
Phoenix, AZ 85038

Sheila Attari
7514 Camino Minero
Carlsbad, CA 92009-8722

Bayfirst National Bank
700 Central Ave
St Petersburg, FL 33701-3631

Brad & Lisa Nelson
4137 Via Mar Del Finas
San Diego, CA 92130

California Department of Tax and Fee
Po Box 942879
Sacramento, CA 94279-0001

Chase Card Services
201 N Walnut St De1-0153
Wilmington, DE 19801-2901

Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217

Evan Selik, Esq.
McCathern, Shokouhi, Evans
233 Wilshire Blvd. 720
Santa Monica, CA 90401

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314

Georgia Department of Revenue
Compliance Division
2595 Century Pkwy NE Suite 331
Atlanta, GA 30345

Illinois Department of Revenue
PO Box 19013
Springfield, IL 62794

Jared Quient
3422 Palm Street
San Diego, CA 92104

Maria Grosso Ledford
17310 Calle Mayor
Oceanside, CA 92057

Massachusetts Department of Revenue
P.O. Box 7090
Boston, MA 02204

Michigan Department of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

Minnesota Department of Revenue
Bankruptcy Unit
Mail Station 4100
Saint Paul, MN 55146

NJ Division of Taxation
Bankruptcy Unit
3 John Fitch Way, 5th Floor PO Box 245
Trenton, NJ 08695

North Carolina Department of Revenue
Debt Collection Section - Bankruptcy
P.O. Box 1168
Raleigh, NC 27602

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

Ouiby Inc dba Kickfurther
215 Spruce Street Ste. 200
Boulder, CO 80302

Paypal Working Capital
Attn: Executive Escalation
P.O. Box 45950
Omaha, NE 68145

Pooneh Mohajer-Shojaee
1840 Bulter Avenue 1 Unit 101
Los Angeles, CA 90025

Rapid Finance
4500 East West Hwy 6th Floor
Bethesda, MD 20814-3327

ReadySpaces CHV LLC
505 Main St.
Chula Vista, CA 91911

Rene Murillo
249 W Fernfield Dr
Monterey Park, CA 91754-7103

Samson MCA LLC
17 State St Ste 630
New York, NY 10004-1749

Sheila Attari
7514 Camino Minero
Carlsbad, CA 92009-8722

Shopify Capital
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Shopify Inc.
131 Greene St
New York, NY 10012-3220

Susan Mecklenburg
423 Concord St
El Segundo, CA 90245-3723

Timothy Gaughan
TG Media
328 Paseo De La Playa Apt D
Redondo Beach, CA 90277-6253

Trent MacLean
1838 Westholme Ave. #2031
Los Angeles, CA 90025

Virginia Department of Taxation
Office of Customer Services - Bankruptcy
P.O. Box 1115
Richmond, VA 23218

Washington State Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave Suite 1400
Seattle, WA 98121

WebBank/Paypal Working Capital
2211 N 1st St
San Jose, CA 95131-2021

Xiamen Feeling Textile & Garment Co.
No. 16 KIngmei Road
Xinglin, Jimei
Xiamen, Fujian CHINA 361022