TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Bankruptcy Case:          Buttercup Bodywear Inc.

Bankruptcy Number:        26-00877-JBM11

Hearing:                  07/16/2026 2:00 PM

Motion:                   STATUS CONFERENCE ON CHAPTER 11
                          PETITION (fr 6/11/26)

**Hear.**  The Court has reviewed the Debtor's Amended Plan (ECF No. 68, the "Amended Plan") and the two most recently filed Monthly Operating Reports (ECF Nos. 65 and 66, "MOR's").  The Court previously detailed certain concerns with respect to the prior version of the plan in its June 10, 2026 Tentative Ruling and at the June 11, 2026 hearing.  ECF No. 63.

The Amended Plan addresses nearly all of those issues.  It now includes the interest rates for the numerous tax claims in the case.  ECF No. 68 at 22.  It also now appropriately addresses the Debtor's pending litigation in state court at Section 7.01.  *Id.* at 8.  And now that the Debtor has filed March and April MOR's, the Court is further satisfied the Amended Plan is almost ready to go out to creditors.

The only change the Debtor did not make in the Amended Plan is with respect to the Amended Plan's treatment of the Class 3B Claims.  The Court suggested at the June 11, 2026 hearing that the Debtor might address the potential unfair discrimination issue with respect to the treatment of General Unsecured Claims in Class 3B compared to the treatment of the Class 3A claims.  Specifically, the Amended Plan does not offer the Class 3B Claims the option to be treated in Class 3A (the Convenience Class) and to be paid in full at the discounted amount.  The Court did not require the Debtor to make this change, however, and so the Court raises this issue just to make certain that not making this change was a considered decision.

As a final note and as the Court has advised the Debtor's counsel in other cases, the Court remains concerned with respect to the timely filing of required documents.  The Debtor filed the Amended Plan five days late.  ECF No. 64.  The Debtor also filed the March and April MOR's late.  Moreover, the Debtor has not filed the May MOR nor the Status Report the Court directed it to file during the last hearing.  *Id.*  The Court will hear from the Debtor's counsel with respect to efforts to ensure future compliance with deadlines.