**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**COURT MINUTES**

***Hearing Information:***

**Debtor:** Buttercup Bodywear Inc.
**Case Number:** 26-00877-JBM11 **Chapter:** 11
**Date / Time / Room:** 07/16/2026 2:00 PM, Department 1
**Bankruptcy Judge:** J. Barrett Marum
**Courtroom Clerk:** Josie Rodriguez-Olivas
**ECRO:** FTR

***Matters:***

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 6/11/26)

***Appearances:***

Donald Reid, Attorney for Buttercup Bodywear Inc. (*video appearance*)
Jean Goddard (*Subchapter V Trustee*)
Elvina Rofael, Attorney for United States Trustee

***Disposition:***

Matter continued to 9/17/26 at 1:30 p.m.

Status report due by 9/10/26.

In the motion to approve the settlement with Kickfurther, Mr. Reid should let the Court know, in the reply or notice of non-opposition, when the plan package deadline should be set. The Courtroom Deputy and Mr. Reid can coordinate a date for plan confirmation; a status conference to do just that is not necessary.

If a plan confirmation schedule is set prior to the continued status conference, the Court is likely to continue the status conference to the same date as plan confirmation.

Mr. Reid is to include an address for notices of default in the revised plan.

The Court now directs and enforces that the MORs must be timely filed moving forward in this case.

Ms. Goddard is approved to appear via Zoom at the continued status conference.