TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | Buttercup Bodywear Inc. |
| Bankruptcy Number: | 26-00877-JBM11 |
| Hearing: | 10/27/2026 10:30 AM |
| Motion: | PLAN REVIEW - STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 9/17/26) |

**Hear**. The Court has reviewed the Debtor's Second Amended Plan of Liquidation (ECF No. 86). It is unfortunate that the Debtor's business will not survive. That said and subject to the comments below and those from parties in interest at the hearing, the Second Amended Plan appears to be in good enough shape to go out to creditors. The Court's questions and comments are:

- Shouldn't Section 7.02 include the $10,000 worth of office equipment in the Debtor's Amended Schedules and in the Liquidation Analysis?
- Why did the value of inventory drop from $272k in the Amended Schedules to $80k in the Liquidation Analysis, but the Debtor only has $13k in cash on hand? Is this a result of the "to be determined" language with respect to "Remaining inventory"? ECF No. 86 at 19. Or simply the fact that the Debtor has been experiencing operating losses?
- Is a convenience class still necessary given the switch to a liquidating plan? If the Debtor contemplates just one distribution to general unsecured creditors, it is not clear to the Court what the benefits of the convenience class are.
- The Second Amended Plan appears to provide for the surcharge of various secured creditors' collateral. The Debtor will need to include argument and evidence to support this in connection with the plan confirmation process.

Assuming the plan process moves forward, potential confirmation hearing dates are December 10, 2026 at 11:00 a.m. or December 16, 2026 at 10:00 a.m.