# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

***Hearing Information:***

**Debtor:** Buttercup Bodywear Inc.
**Case Number:** 26-00877-JBM **Chapter:** 11
**Date / Time/ Room:** 10/27/2026 10:30 AM, Department 2
**Bankruptcy Judge:** J. Barrett Marum
**Courtroom Clerk:** Russell Paluso
**ECRO:** N/A

***Matters:***

PLAN REVIEW - STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 9/17/26)

***Appearances:***

DONALD REID, ATTORNEY FOR BUTTERCUP BODYWEAR, INC.

***Disposition:***

Continued to 1/14/27 at 1:30 p.m. for further status as set forth on the record.

Status reports are to be filed by no later than 1/7/27.

Mr. Reid is to either: (1) submit an order as it relates to the NOIA re: Kickfurther or file a notice of withdrawal of the NOIA by no later than 1/7/27 as stated on the record.